

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2021

No. 04-21-00254-CV

**CITY OF LAREDO**,
Appellant

v.

Wolf **HOFMAN**, Jett Racing & Sales, Inc. and American Air Freight Co.,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2021-CVK-000507-D1
The Honorable David E. Garcia, Judge Presiding

# O R D E R

    Blanca M. Hill's motion for an extension of time to file the reporter's record is granted. We order Hill's record due July 6, 2021.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court